IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN ALVIN FARGIS, JR.                                                                                  PLAINTIFF

v.                                        Civil No. 1:23-cv-01016-SOH-BAB

CAPTAIN RICHARD MITCHAM, Jail
Administrator, Union County Detention
Center (UCDC)                                                                                              DEFENDANT.

## ORDER

Plaintiff John Alvin Fargis, Jr. filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1). Plaintiff proceeds *pro se* and *in forma pauperis*. This case is currently before the Court on Plaintiff's Motion to Stay the Proceedings for 1-year while he is in treatment at John 3:16 Ministries. (ECF No. 20). Defendant has filed a response in opposition to this motion. (ECF No. 25). The matter is therefore now ripe for the Court's consideration.

According to Plaintiff, after he enters treatment at John 3:16 Ministries on May 15, 2023, he will not be allowed to leave for court or for any other reason. (ECF No. 20). Plaintiff further claims that he will not be allowed access to a cell phone or the internet while he is participating in treatment. *Id*. Defendant objects to staying the proceedings. (ECF No. 25). Instead, given the circumstances, Defendant proposes administratively closing the case until Plaintiff files a motion to reopen the case after he is discharged from treatment. *Id*.

This Court agrees with the Defendant. Recognizing that Plaintiff's ability to prosecute this action will be significantly impaired while he is in treatment at John 3:16 Ministries, and in the interests of judicial efficiency, this Court orders that this action be **ADMINISTRATIVELY**

**CLOSED**.[1]  **To reopen these proceedings, Plaintiff must file a motion to reopen within 30 days of being discharged from treatment at John 3:16 Ministries.**  Plaintiff's Motion to Stay, (ECF No. 20), is thus **DENIED** to the extent that it is inconsistent with this Order.

**IT IS SO ORDERED** this 14th day of June 2023.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has filed the same Motion to Stay in his other actions in this District. *See Fargis v. Director Allen*, Case No. 23-cv-06032-SOH (W.D. Ark. Mar. 21, 2023) (ECF No. 10) (*Fargis I*); *Fargis v. Gilbert*, Case No. 23-cv-01024-SOH (W.D. Ark. Mar. 28, 2023) (ECF No. 14) (*Fargis II*); *Fargis v. Hopson*, Case No. 23-cv-01025-SOH (W.D. Ark. Mar. 28, 2023) (ECF No. 15) (*Fargis III*); *Fargis v. Roberts, et al.*, Case No. 23-cv-01028-SOH (W.D. Ark. Apr. 14, 2023) (ECF No. 12) (*Fargis IV*).  The Order of this Court is consistent with the outcome of the courts' orders in those cases. *See Fargis I* (ECF No. 13); *Fargis II* (ECF No. 15); *Fargis III* (ECF No. 19); *Fargis IV* (ECF No. 18).