IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN ALVIN FARGIS, JR.                          PLAINTIFF

v.                         Case No. 1:23-cv-1016

CAPTAIN RICHARD MITCHAM, Jail
Administrator, Union County Detention Center                      DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 67. Judge Singleton recommends that Defendant's Motion for Summary Judgment (ECF No. 58) be granted and that Plaintiff's claims be dismissed with prejudice. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error of the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 67) in toto. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 58) hereby is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of January, 2026.

                                                   /s/ Susan O. Hickey
                                                   Susan O. Hickey
                                                   United States District Judge